**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

RANDY SANCHEZ, on behalf of himself                     Case No. 123-cv-02051-NGG-JRC
and all others similarly situated,

                     Plaintiffs,                 **STIPULATION OF VOLUNTARY**
                                       **DISMISSAL WITH PREJUDICE**

        -against-

HOMEMADE TAQUERIA CORP.
                       Defendant.
-------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RANDY SANCHEZ

("Plaintiff") and HOMEMADE TAQUERIA CORP. ("Defendant"), by and through their

undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or

attorneys' fees.


Dated: December 20, 2023


The Law Office of Noor A. Saab, Esq.                Levin-Epstein & Associates, P.C.

        *Noor A. Saab*

By: _____                 By: */s/ Jason Mizrahi, Esq.*
     A9BA3498BEC04D2...
Noor A. Saab Esq.                                   Jason Mizrahi, Esq.
*Attorney for Plaintiff*                            *Attorney for the Defendant*
380 North Broadway, Penthouse West                  60 East 42nd Street, Suite 4700
Jericho, New York 11753                             New York, NY 10165
Tel: 718-740-5060                                   Tel: 212-792-0048
Email: noorasaablaw@gmail.com                       Email: jason@levinepstein.com


SO ORDERED:


Dated: _Jan, 2, 2024_ 2023                            s/Nicholas G. Garaufis
                                   United States District Judge